ESTHER GELLMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Argued June 9, 1941; decided July 29, 1941.

*William B. Moore* for appellant.

*Leo H. Klugherz, Francis I. Howley, Richard Klugherz* and *Albert H. Vitale* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.